E-filing

1  MELINDA HAAG
   United States Attorney

2
   MIRANDA KANE
3  Chief, Criminal Division

4  THOMAS M. NEWMAN
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6888

7  Attorneys for the United States of America

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12
   UNITED STATES OF AMERICA,          )    No.  CR-10-686-CRB
13                                     )
          Plaintiff,                   )    STIPULATION TO CONTINUE
14                                     )    SENTENCING
              v.                       )
15                                     )
   RESHANA NOLEN,                      )
16                                     )
          Defendant.                   )
17  _____)

18       This matter is set for hearing on January 25, 2012, for sentencing. The parties

19  stipulate to continue sentencing until June 13, 2012, at 2:15 p.m.  The parties agree that

20  sentencing would not be appropriate at this time, and that additional time is needed so that the

21  defendant, and the government, can provide additional information to the Probation Officer, and

22  that the defendant can have adequate time to prepare for sentencing.

23

24

25

26

27

28

*Stipulation to Continue*
*Case No. 10-cr-686-CRB*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,
MELINDA HAAG
United States Attorney


Dated: <u>December 20, 2011</u>

<u>/s/Thomas M. Newman</u>
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

Dated: <u>December 20, 2011</u>

/s/   With Permission____
PAUL DeMEESTER
Attorney for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: DEC 2 7 2011
_____

CHARLES R. BREYER
United States District Judge